STATE DIVISION OF HUMAN RIGHTS, on Complaint of BERNARD N. PRYOR, SR., Petitioner, v AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, LOCAL 1095, Respondent.—Determination unanimously confirmed and petition dismissed, without costs (*see, State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present—Callahan, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.